**Electronically Filed
Supreme Court
SCPR-16-0000757
05-DEC-2016
09:46 AM**

SCPR-16-0000757

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DISCIPLINARY BOARD OF THE HAWAIʻI SUPREME COURT,
Petitioner,

vs.

MELODIE R. WILLIAMS ADUJA,
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case No. 15-027-9246)

<u>ORDER ALLOWING RESIGNATION IN LIEU OF DISCIPLINE</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the petition submitted by the Disciplinary Board of the Supreme Court of the State of Hawaiʻi for an order granting the request of attorney Melodie R. Williams Aduja to resign from the practice of law in lieu of discipline and the affidavit attached in support thereof, we note the petition meets the requirements of Rule 2.14(a) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH) and that Respondent Aduja avers and admits misconduct sufficient to justify granting the petition. Therefore,

IT IS HEREBY ORDERED that the petition to resign in lieu of discipline is granted.

IT IS FURTHER ORDERED that Respondent Aduja's resignation shall become effective 30 days after the date of this order, as provided by RSCH Rules 2.14(d) and 2.16(c).

IT IS FURTHER ORDERED that the Clerk of this court shall remove Respondent Aduja's name from the role of attorneys licensed to practice law in this jurisdiction and, within thirty days after entry of this order, Respondent Aduja shall submit to the Clerk the original certificate evidencing her license to practice law in this jurisdiction or an affidavit establishing good cause for her failure to do so.

IT IS FURTHER ORDERED that Respondent Aduja shall comply with the requirements of RSCH Rule 2.16 governing disbarred attorneys and the Disciplinary Board shall provide notice of the disbarment as required by RSCH Rules 2.16(e) and 2.16(f).

IT IS FINALLY ORDERED that Respondent Aduja shall bear the costs of these proceedings upon the timely submission by ODC of a verified bill of costs, as authorized by RSCH Rule 2.3(c).

DATED:  Honolulu, Hawai'i, December 5, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2